UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ljubica Rajkovic'
— PLAINTIFF PRO SE

v.

1) FOREIGN & COMMONWEALTH OFFICE,
KING CHARLES STREET, LONDON,
SW1A 2AH, ENGLAND;

2) TANJA MIŠČEVIĆ AND THE GOVERNMENT
OF THE REPUBLIC OF SERBIA, et al.,
NEMANJINA 11 — DEFENDANTS'
11000 BEOGRAD
SERBIA

FILED
AUG 28 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case: 1:15-cv-01407
Assigned To : Unassigned
Assign. Date : 8/28/2015
Description: Pro Se Gen. Civil

RECEIVED
Mail Room
AUG 11 2015
Angela D. Caesar, Clerk of Court
District Court, District of Columbia

# COMPLAINT

## PARTIES

1. The Plaintiff PRO SE was resident of Philadelphia, Pennsylvania, but is a native of Serbia, born in Belgrade where is presently residing again since year 2000.

2. The Defendants are agencies of foreign/non-U.S. Government situated in England and in Serbia with representative diplomatic offices in the U.S.A. as the Embassies and Consular Sections in Washington, DC.

## Jurisdiction

3. The basis of jurisdiction for this Federal Court is set forth under 28 U.S.C. §1331 as a Federal Question.

## CHARGES  SUBJECT TO AMENDMENT & SUPPLEMENT

4. In reply to my written request of 20 June 2015 to Foreign & Commonwealth Office in London, England, under Freedom of Information (FOI), on July 30, 2015 I received their decision left at my door dated 24 July 2015, Request REF: 0641-15 as under FREEDOM OF INFORMATION ACT 2000, from Western Balkans & Enlargement Department.

5. As of the date of this complaint the said decision is under review. [EXHIBIT 1: Response of 24 July 2015 by the Defendant Foreign & Comm. Office.]

1

6. THE OVERT ACT BY THE DEFENDANTS INVOLVES THE FOIA FREEDOM OF INFORMATION ACT 5 U.S.C. § 552 THAT HAS NOTHING TO DO WITH THE BRITISH FREEDOM OF INFORMATION (FOI).

7. WHEREFORE, THE CAUSE OF THIS ACTION IS CONSPIRACY AGAINST THE UNITED STATES OF AMERICA, ANY CONSPIRACY TO VIOLATE MY FEDERAL RIGHTS UNDER THE FOIA BY THE DEFENDANTS et al., ANY OTHER FEDERAL RIGHTS, AS WELL AS MY CONSTITUTIONAL RIGHTS NAMELY IN VIOLATION OF AMENDMENT I OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA.

THE ISSUANCE OF INJUNCTIVE RELIEF UNDER 42 USCS § 1983 IS FURTHER REQUESTED, AS WELL AS THE RECOVERY OF ACTUAL OR COMPENSATORY DAMAGES, PUNITIVE OR EXEMPLARY DAMAGES ANY AWARD OF ATTORNEYS' FEES (IF APPLICABLE), ANY RELIEF UNDER ARTICLE III. SECTION 3. OF THE CONSTITUTION OF THE UNITED STATES SHOULD IF FEDERAL OFFICER(S) ARE INVOLVED.

RESPECTFULLY SUBMITTED,

DATE: AUGUST 3, 2015

LJUBICA RAJKOVIĆ
ULICA 29 NOVEMBRA 13C
11000 BEOGRAD, SERBIA