UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 28 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LJUBICA RAJKOVIC,            )
                             )
            Plaintiff,       )
                             )
    v.                       )   Case: 1:15-cv-01407
                             )   Assigned To : Unassigned
FOREIGN & COMMONWEALTH OFFICE,) Assign. Date : 8/28/2015
                             )   Description: Pro Se Gen. Civil
            Defendant.       )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff purports to bring a claim under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552, against the Foreign and Commonwealth Office, a component of the government of the United Kingdom. "No cause of action lies under FOIA against a foreign government [because] FOIA applies only to agencies of the executive branch of the United States government." *Moore v. United Kingdom*, 384 F.3d 1079, 1089 (9th Cir. 2004) (footnote and citations omitted). The complaint therefore will be dismissed. An Order is issued separately.

DATE: 8/28/15

_____
United States District Judge